AO (Rev. 5/85) Criminal Complaint

FILED IN OPEN COURT
8/16/2021
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

OSMAN CORTES-BAUTISTA

**CRIMINAL COMPLAINT**

Case No. 3:21-mj-1396-JRK

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 19, 2021, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Honduras and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about June 16, 2004, on or about October 16, 2017, and on or about March 6, 2018,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Justin X. Villafane

Sworn to before me and subscribed in my presence,

on August 16, 2021     at     Jacksonville, Florida

JAMES R. KLINDT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Justin X. Villafane, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2016. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On July 19, 2021, at approximately 8:55 a.m., ICE received electronic correspondence from the Jacksonville Sheriff's Office that an regarding an individual identified as OSMAN CORTES-BAUTISTA with a date of birth in March, 1986, who had been booked into the Duval County jail, in Jacksonville, in the Middle District of Florida. Supervisory Detention and Deportation Officer Coloma ran immigration database checks using the information provided by the Duval County jail and the information matched an individual named OSMAN CORTES-BAUTISTA, a citizen of Honduras with a date of birth in March, 1984, who had been previously deported from the United States. Officer Coloma lodged an ICE detainer for CORTES-BAUTISTA with the Duval County jail.

3. On August 11, 2021, at approximately 8:44 p.m., the Duval County jail notified your affiant that the local charges for CORTES-BAUTISTA were resolved and that he was ready to be picked up on the ICE detainer. On August 12, 2021, CORTES-BAUTISTA was administratively arrested and transported to the ICE District Office in Jacksonville for administrative processing. During processing, your affiant entered CORTES-BAUTISTA's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that CORTES-BAUTISTA had been previously encountered and had been assigned an Alien Registration number ("A-number"). Your affiant then conducted additional immigration database checks using the A-number and the records reflected that CORTES-BAUTISTA is a citizen of Honduras who has been previously deported or removed from the United States to Honduras on three occasions.

4. Your affiant also reviewed documents from the Alien Registration file ("A-file") for CORTES-BAUTISTA. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that CORTES-BAUTISTA is a citizen of Honduras who has been previously deported or removed from the United States to Honduras on three occasions: on June 16, 2004, through Chandler, Arizona, on October 16, 2017,



through Miami, Florida, and on March 6, 2018, through Houston, Texas. The A-file contained no record that CORTES-BAUTISTA had ever applied for or received permission from the Attorney General or the Secretary of the Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

5. On August 12, 2021, ICE Deportation Officer Monica Peets interviewed CORTES-BAUTISTA. Before the interview, CORTES-BAUTISTA was advised of his constitutional rights and he agreed to make a statement without an attorney present. During the interview, CORTES-BAUTISTA said that he is a citizen of Honduras, that he had previously been removed from the United States, and that following his removal he had illegally re-entered the United States sometime in 2018 by walking across the border in Texas. CORTES-BAUTISTA admitted that he was not inspected by an immigration officer when he re-entered the United States.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that OSMAN CORTES-BAUTISTA is a citizen of Honduras who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having

been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Justin X. Villafane, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida